**Order entered November 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01216-CV

**THE STATE OF TEXAS, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-12-30113**

## ORDER

We **GRANT** appellees' November 14, 2014 unopposed motion for an extension of time to file a brief. Appellees shall file their brief by December 17, 2014. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE